IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEKUBIAN BARROW,<br><br>  Petitioner,<br><br>vs.<br><br>LINDA PERSONS,<br><br>  Respondent. | No. C 14-5340 JSW (PR)<br><br>**ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>(Dkt. 2) |

Petitioner, a state prisoner currently, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his state court conviction and sentence. Petitioner has challenged the same conviction and sentence in a prior federal habeas petition, which was denied on its merits. *See Barrow v. Gonzales*, Case No. C 10-1521 JSW (PR).

A second or successive petition challenging the same state court judgment may not be filed in federal district court unless Petitioner first obtains from the Ninth Circuit an order authorizing this Court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not sought or obtained such an order. The petition is accordingly DISMISSED without prejudice to refiling if Petitioner obtains the necessary order.

Rule 11(a) of the Rules Governing Section 2254 Cases requires a district court to rule on whether a Petitioner is entitled to a certificate of appealability in the same order

in which the petition is decided. Petitioner has failed to make a substantial showing that a reasonable jurist would find this Court's denial of his claim on procedural grounds debatable or wrong. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Consequently, no certificate of appealability is warranted in this case.

      The application to proceed in forma pauperis is GRANTED.

      The Clerk shall enter judgment and close the file.

      IT IS SO ORDERED.

DATED: December 17, 2014

                                    JEFFREY S. WHITE  
                                    United States District Judge